IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-02367-RPM

JOANIE HAGGERTY,

        Plaintiff,

v.

RICHARD L. TALLMAN,

        Defendant.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

        Upon consideration of Plaintiff's Response to Show Cause Order (Doc. #4), filed on December 1, 2005, it is

        ORDERED that the Order to Show Cause entered by this Court on November 25, 2005, is discharged.

        DATED: December 2nd, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge