IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02340-WYD-PAC
(Consolidated with Civil Action No. 05-cv-2367 & No. 05-cv-2524)

PATRICK J. SEURYNCK,
JANICE SEURYNCK,
JOANIE HAGGERTY,
BONNIE SNYDER, Individually and by her next best friend,
DONALD SNYDER, Court Appointed Conservator,

    Plaintiffs,

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

    Plaintiff-Intervenor,

v.

RICHARD L. TALLMAN and SUE GROVER TALLMAN

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court Defendant's Unopposed Motion to Consolidate Three Related Cases, filed January 20, 2006.  In the Motion, Defendant Richard Tallman, states that this action is the earlier of three related cases in the United States District Court for the District of Colorado.  Defendant requests consolidation of this case with *Joanie Haggerty v. Richard Tallman and Sue Grover Tallman*, 05-cv-02367-RPM, and *Bonnie Snyder, individually and by her next best friend, Donald Snyder, Court Appointed Conservator v. Richard Tallman and Sue Grover Tallman*, 05-cv-02524-LTB-MTW.  According to Defendant, all three actions

arise out of an automobile accident that occurred on March 8, 2005, and all name Richard Tallman as a Defendant. Defendant further states that Defense counsel has consulted with Plaintiffs' counsel in the three separate cases, and consent for consolidation was agreed to by all counsel.

Fed.R.Civ.P. 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters at issue ion the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay." Consolidation is within the discretion of the trial court. *Gillette Motor Transport v. Northern Oklahoma Butane Co.*, 179 F.2d 711, 712 (10th Cir. 1950). Of the three cases Defendant seeks to consolidate, this action was filed first.

After reviewing the Complaints in this case and the two others cited by Defendant, I find that all three cases involve common questions of law and fact. I further find that in all three cases the Plaintiffs are seeking to recover damages arising from an automobile accident that occurred on March 8, 2005, when Defendant Richard Tallman was driving a 1998 Land Cruiser eastbound on Colorado Highway 82, and his vehicle crossed the median and collided with the vehicles in which the Plaintiffs were traveling. Therefore, I conclude that consolidation of all three actions is appropriate in this case pursuant to Fed. R. Civ. P. 42(a). Accordingly, it is hereby

ORDERED that Defendant's Unopposed Motion to Consolidate Three Related Cases, filed January 20, 2006, is **GRANTED**. It is

FURTHER ORDERED that this case shall be consolidated with *Joanie Haggerty v. Richard Tallman and Sue Grover Tallman*, 05-cv-02367-RPM, AND *Bonnie Snyder, individually and by her next best friend, Donald Snyder, Court Approinted Conservator v. Richard Tallman and Sue Grover Tallman*, 05-cv-02524-LTB-MTW.  It is

FURTHER ORDERED that all pleadings and other filings from the date of this Order shall use the 05-cv-02340 case number, and the caption of the case should read "Patrick J. Seurynck, Janice Seurynck, Joanie Haggerty, Bonnie Snyder, Individually and by her next best friend, Donald Snyder, Court Appointed Conservator (Plaintiffs) and St. Paul Fire and Marine Insurance Company (Plaintiff-Intervenor),  v. Richard L. Tallman and Sue Grover Tallman (Defendants)."

Dated:  February 2, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge